UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAVID COFFEY,

        Plaintiff,

                    **STIPULATION OF DISCONTINUANCE**
                    Civil Case No. 1:11-cv-1093

v.

THE COUNTY OF TIOGA,
NEW YORK, ET. AL.,

        Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for all parties to the above-entitled action and proceeding, whereas no party is an infant, or incompetent person for whom a guardian has been appointed, and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued upon the merits, without costs to either party as against the other. This stipulation may be filed without further notice.

Dated: January 31, 2012

                                            **Frank W. Miller**
                                            The Law Firm of Frank W. Miller
                                            *Attorney for Defendants*
                                            *Tioga County and Tioga County*
                                            *Sheriff's Office*
                                            6575 Kirkville Road
                                            East Syracuse, New York 13057

Dated: February ~~January~~ 9, 2012

                                            **Michael Arcesi, Esq.**
                                            *Attorney for Plaintiff*
                                            Friedlander, Friedlander, &
                                            Arcesi, PC
                                            425 Park Avenue

Dated: January 31, 2012

Waverly, New York 14982

*(signature)*

**David Monell**
*Co-Defendant, Pro se*
52 Brookside Avenue
Apalachin, New York 13732

**SO ORDERED**

_____                    _____
**Hon. David N. Hurd**                                 **Date**

THE LAW FIRM OF FRANK W. MILLER
6575 Kirkville Road, East Syracuse, New York 13057