# THE LAW FIRM OF FRANK W. MILLER

*Attorneys and Counselors at Law*
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Fax: (315) 234-9908
fmiller@fwmillerlawfirm.com

Frank W. Miller

---

J. Ryan Hatch
Bryan N. Georgiady
John A. Sickinger
Charles C. Spagnoli

February 27, 2012

Hon. David N. Hurd, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

   **Re: David Coffey v. The County of Tioga and David Monell**
     **Civil Case No.: 1:11-cv-1093**

Dear Judge Hurd:

  We are the attorney's for Tioga County and Tioga County Sheriff's Department and represent it in connection with the above-referenced matter. Enclosed for your review, please find a Stipulation of Discontinuance executed by the parties. If the Stipulation of Discontinuance is acceptable to the Court, please "So Order" the same.

  I herewith advise the Court that the settlement in this matter has been fully completed and all details thereof have been addressed and resolved.

  I further certify that a copy of this correspondence is forwarded simultaneously to Plaintiff's counsel, and a copy by U.S. mail to the non-represented Defendant, Monell.

       Respectfully submitted,

      **THE LAW FIRM OF FRANK W. MILLER**


       s/Frank W. Miller

FWM/kao
Enclosure

Cc: Michael Arcesi, Esq. (*via ECF* w/enc)
   David Monell (*via US Mail* w/enc)